## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THOMAS BECHER,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED HEALTHCARE SERVICES, INC., THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, AARP,<br><br>And<br><br>UNITEDHEALTHCARE INSURANCE COMPANY,<br><br>    Defendants. | Case No.: 5:18-CV-04009 |

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

Based upon the Joint Stipulation of Dismissal With Prejudice filed by the parties, **IT IS HEREBY ORDERED** that the above-captioned matter is dismissed with prejudice in its entirety, each party to bear its own costs.

**IT IS SO ORDERED.**

DATED: July 22, 2020          *S/ DANIEL D. CRABTREE*
                              The Honorable Daniel D. Crabtree
                              United States District Judge